**Order filed March 3, 2020**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-18-00372-CR**

———————

**HOLLY LYNN HARRISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 368th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 16-0276-K368**

## ORDER

On January 28, 2020, this Court rendered its judgment reversing the trial court's judgment and ordering a new trial. On January 28, 2020, appellant, Holly Lynn Harrison, filed a motion requesting this Court to set reasonable bail. Tex. Code Crim. Proc. art. 44.04(h). We find that we have jurisdiction to set bail following a reversal of the trial court's judgment. *See* Tex. R. App. P. 51.2(c)(1).

We find appellant's motion meritorious, grant the motion, and **ORDER** the appellant, Holly Lynn Harrison, released on bail upon her giving good and sufficient bond, signed by

appellant as principal and with sureties as required by law, in the sum of $35,000, total, pending final disposition by the trial court below. *See* Tex. Code Crim. Proc. art. 44.04(h). Any conditions on bail must be set by the trial court, and any sureties on bail must be approved by the trial court. *Foreman v. State*, 565 S.W.3d 371, 373 (Tex. App.—Houston [14th Dist.] 2018, no pet.) (citing Tex. Code Crim. Proc. arts. 17.40–.49 (allowing magistrate to set conditions on bail), 44.04(h) (requiring trial court to approve sureties); *Leonard v. State*, 376 S.W.3d 886, 890 (Tex. App.–Fort Worth 2012, pet. ref'd) (holding trial court has authority to set reasonable conditions for bail set under section 44.04(h)))

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.